JOHN F. SCHOENFELDER, as Administrator of the Estate of CATHARINE R. SCHOENFELDER, Deceased, Respondent, *v.* NEW YORK TRANSPORTATION COMPANY, Appellant.

*Schoenfelder* v. *N. Y. Transportation Co.*, 145 App. Div. 918, affirmed.

(Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 24, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate, alleged to have been occasioned through the negligence of defendant.

*Theodore H. Lord* and *Arthur K. Wing* for appellant.

*Louis Steckler* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.

---

JOHN V. D. H. BRADT, JR., as Executor of JOHN V. D. H. BRADT, SR., Deceased, Respondent, *v.* JOHN H. BRADT, Appellant, Impleaded with Another.

*Bradt* v. *Bradt*, 145 App. Div. 950, affirmed.

(Argued April 1, 1912; decided April 30, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered September 7, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to determine the title to certain savings bank books.

*Marcus T. Hun* and *William A. Glenn* for appellant.

*William L. Visscher* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.